# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.  Kurt Wilhelm Goe                              Docket No.   2:13CR06058-002

### Petition for Action on Conditions of Pretrial Release

Comes now, Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Kurt William Goe, who was placed under pretrial release supervision by the Honorable John T. Rodgers, U.S. Magistrate Judge, sitting in the Court at Spokane, WA, on the 13th day of September 2013, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #29:** Prohibited Substance Testing: If random urinalysis is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six times per month.  Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibited substance, including alcohol.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.  Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor.  Treatment shall not interfere with the defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to using methamphetamine.

**Violation #2:** The defendant failed to appear for random drug testing on October 7, 2013.

**Violation #3:** The defendant admitted he attempted to adulterate his urine sample on October 8, 2013.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
| by | I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on:   10/10/2013<br>s/Erik Carlson<br>Erik Carlson<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons             *S/ JOHN T. RODGERS*
[ ]   Other                                 Signature of Judicial Officer
                                             October 11, 2013
                                             Date