◆ PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 25 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.        Goe, Kurt Wilhelm        Docket No.        2:13CR06058-002

## Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kurt Wilhelm Goe, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of September 2013 under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of Federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any Federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation 4:** The defendant was arrested for a new alleged law violation.

PRAYING THAT THE COURT WILL INCORPORATE WITH A PREVIOUSLY SUBMITTED VIOLATION REPORT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:        February 24, 2014

by        s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other  Incorporate w/ other Violation As alleged

_____
Signature of Judicial Officer

2/25/14
Date