✎ PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

| U.S.A. vs. | Goe, Kurt Wilhelm | Docket No. | 2:13CR06058-002 |
| --- | --- | --- | --- |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kurt Wilhelm Goe, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of September 2013, under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #15:** Defendant shall remain in the Eastern District of Washington while the case is pending.  On a showing of necessity, and with prior notice by the defense to the assigned U.S. Attorney, the defendant may obtain prior written permission to temporarily leave this area from the U.S. Probation Office.

**Condition #29:** Prohibited Substance Testing: If random urinalysis is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six times per month.  Defendant shall submit to any method of testing required by the pretrial services office for determining whether the defendant is using a prohibited substance, including alcohol.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.  Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor.  Treatment shall not interfere with the defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant provided a urine sample that detected the presence of methamphetamine.

**Violation #2:** The defendant traveled to the District of Idaho without prior permission.

**Violation #3:** The defendant failed to appear for random drug testing on February 5, 2014.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      February 13, 2014

by      s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[  ]      No Action
[ X]     The Issuance of a Warrant
[  ]      The Issuance of a Summons
[  ]      Other

_____
Signature of Judicial Officer


_____
Date