PROB 12C
(7/93)

Report Date: June 11, 2015

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 5 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kurt Wilhelm Goe                Case Number: 2:13CR06058-WFN-2

Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Otis Orchards, Washington 99027

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 3, 2014

| | |
|---|---|
| Original Offense: | Conspiracy to Steal Government Property, 18 U.S.C. § 371 |
| Original Sentence: | Prison 10 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Mary Katherine Dimke |
| Defense Attorney: | Federal Public Defender |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 19, 2014

Date Supervision Expires: December 18, 2017

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 9**: The offender shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On May 30, 2015, an anonymous voice mail message was left on the undersigned officer's telephone line. The anonymous caller advised that Mr. Goe was "dealing in methamphetamine" and "hanging out with John Richmond."<br><br>On June 2, 2015, the undersigned officer advised Mr. Goe of the aforementioned message. The offender denied dealing methamphetamine. However, he acknowledged that he has been communicating with John Richmond occasionally since his release from custody. The offender advised that he and Mr. Richmond were arrested in 2014 for a felony charge of possession of a stolen vehicle. He further advised that Mr. Richmond was convicted of an "unranked felony" in relation to the 2014 arrest. The offender reported his most recent contact with Mr. Richmond was last week.<br><br>A review of an incident report confirmed that Mr. Goe and Mr. Richmond were *arrested for* the felony offense of possession of a stolen vehicle by the Spokane Police Department on February 21, 2014. Further review of John Richmond's criminal history report reveals he has at least five prior felony convictions that include money laundering (2014), attempt to elude (2012 and 2001), malicious mischief (2001), and possession of stolen property (2001). |

| | |
|---|---|
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On May 8, 2015, the offender reported to the U.S. Probation Office in Spokane, Washington, and provided a urine sample that tested presumptively positive for amphetamine. Mr. Goe denied using methamphetamine at that time. Subsequently, the sample was sent to Alere Toxicology Services (Alere) for confirmation. On May 25, 2015, Alere confirmed the aforementioned urine sample was positive for the presence of methamphetamine. |
| 3 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On May 27, 2015, the undersigned officer confronted the offender about his positive test result for methamphetamine that is noted in violation #2 of this report. Mr. Goe denied using methamphetamine at that time. However, he admitted he had consumed alcohol a few days prior to May 8, 2015, but could not report a specific date. Subsequently, the offender signed a substance abuse admission form acknowledging he consumed alcohol within a few days prior to May 8, 2015. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 11, 2015

s/ Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

6/15/15

Date