PROB 12C
(7/93)

Report Date: June 23, 2015

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

## for the

## Jun 24, 2015

## Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kurt Wilhelm Goe   Case Number: 0980 2:13CR06058-WFN-2

Address of Offender: ▮▮▮▮▮▮▮▮ Otis Orchards, Washington 99027

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 3, 2014

Original Offense:   Conspiracy to Steal Government Property, 18 U.S.C. § 371

Original Sentence:   Prison - 10 months        Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Mary Katherine Dimke      Date Supervision Commenced: December 19, 2014

Defense Attorney:   Federal Public Defender      Date Supervision Expires: December 18, 2017

---

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 11, 2015.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 9**: The offender shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: On June 18, 2015, the undersigned officer made contact with Mr. Goe at his residence for the purpose of an unannounced home contact.  A male who identified himself as "Joe" was repairing a car inside an outbuilding on the property. After further inquiry, Mr. Goe acknowledged the aforementioned male was John Richmond.<br><br>As noted in the violation report dated June 11, 2015, Mr. Goe and Mr. Richmond were arrested together by the Spokane Police Department on February 21, 2014, for possession of a stolen vehicle.  It appears Mr. Richmond has at least five felony convictions and Mr. Goe was not approved by this officer to associate with Mr. Richmond. |
| 5 & 6 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 15, 2015, Mr. Goe reported to Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) and submitted to random drug testing. The urine sample was sent to Millennium Health (Millennium) for further analysis. On June 18, 2015, Millennium confirmed the aforementioned urine sample tested positive for the presence of methamphetamine.

**Supporting Evidence:** On June 22, 2015, Mr. Goe reported to the U.S. Probation Office in Spokane, Washington, and provided a urine sample that tested presumptively positive for methamphetamine. Mr. Goe admitted to using methamphetamine "regularly" since approximately April 2015, with his last use of methamphetamine being on or about June 17, 2015. Subsequently, Mr. Goe signed a substance abuse admission form admitting his use of methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/23/2015

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

[signature]
Signature of Judicial Officer

6/24/15
Date