PROB 12C
(6/16)

Report Date: July 13, 2016

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kurt Wilhelm Goe                     Case Number: 0980 2:13CR06058-WFN-2

Address of Offender:                   Otis Orchards, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 3, 2014

Original Offense:        Conspiracy to Steal Government Property, 18 U.S.C. § 371

Original Sentence:       Prison - 10 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Russell E. Smoot                Date Supervision Commenced: December 19, 2014

Defense Attorney:        John Stephen Roberts, Jr.       Date Supervision Expires: December 18, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence**: Mr. Goe violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about June 25, 2016. On July 7, 2016, the undersigned was contacted by staff at New Horizon Care Centers. Staff advised that on June 29, 2016, Mr. Goe submitted to a urinalysis that tested positive for amphetamines. Mr. Goe met with the undersigned officer on July 11, 2016, and admitted to using methamphetamine on or about June 25, 2016. Mr. Goe signed a drug use admission form. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances |
|  | **Supporting Evidence**: Mr. Goe violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about July 11, 2016. Mr. Goe met with the |

Case 2:13-cr-06058-WFN   Document 214   Filed 08/01/16

Prob12C
**Re: Goe, Kurt Wilhelm**
**July 13, 2016**
**Page 2**

undersigned officer on July 11, 2016, and submitted to a urinalysis test which tested presumptive positive for amphetamines. The urine sample was sent to Alere toxicology for further testing. Mr. Goe signed a drug use admission form admitting to methamphetamine use on or about July 8, 2016.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 13, 2016

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

7/13/2016
Date