PROB 12C
(6/16)

Report Date: December 29, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 9 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kurt Wilhelm Goe                    Case Number: 0980 2:13CR06058-WFN-2

Address of Offender: [REDACTED]

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 3, 2014

Original Offense:        Conspiracy to Steal Government Property, 18 U.S.C. § 371

Original Sentence:       Prison - 10 months              Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Russell E. Smoot                Date Supervision Commenced: December 19, 2014

Defense Attorney:        John Stephen Roberts, Jr.       Date Supervision Expires: December 18, 2017

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/13/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |
|   | **Supporting Evidence**: Mr. Goe violated his conditions of supervised release by associating with individuals engaged in criminal activity. On or about December 16, 2016, Mr. Goe allowed an unknown individual to store stolen items on his property. The Spokane County Sheriff's Department contacted Mr. Goe at his residence and retrieved the stolen items. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/29/2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Goe, Kurt Wilhelm
December 29, 2016
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

12/29/16
_____
Date